UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA, *et al.*,

                Plaintiffs,

      -against-

CITY OF MOUNT VERNON,

                Defendant.
------------------------------------------------------x

ORDER

18-CV-5845

Seibel, J.

      On March 26, 2021, I received in chambers a mailing from the Comptroller of the City of Mount Vernon, attaching "for [my] review" documentation relating to overtime for "DPW EPA workers." It does not appear to have been copied to the attorneys in this case.

      Unless otherwise ordered, communication between the City and the Court in this matter should come through counsel for the City. Further, it is not my role, at least at this stage, to review payroll records, nor do I have the time or resources to do so unless necessary to adjudicate an issue in the case.

      Accordingly, while I assume the package was sent in a good faith effort to comply with my orders of March 2, 2021 and March 10, 2021, I intend to return the material to the Comptroller. Should any party object, it shall do so by letter no later than April 2, 2021. Counsel for the City shall provide a copy of this Order to the Comptroller.

SO ORDERED.

Dated: March 30, 2021
       White Plains, New York

                                              _____
                                              CATHY SEIBEL, U.S.D.J.