

# CITY OF MOUNT VERNON, NEW YORK
## DEPARTMENT of PUBLIC WORKS

**SHAWYN PATTERSON-HOWARD**
*Mayor*

City Hall
One Roosevelt Square – Room 108
Mount Vernon, NY, 10550
(914) 665-2343 – Fax: (914) 665-2476

**DAMANI L. BUSH**
*Commissioner*
**ROBERT L. HACKETT**
*Deputy Commissioner*

April 7, 2022

Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brient Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

RE:    March 2022 – Monthly Violation Report

The City of Mount Vernon submits this monthly violation report pursuant to paragraph 30 of the Third Remedial Order, see ECF No. 97, regarding the City's missed deadlines in connection with the August 2, 2021 Notification of Violation, see ECF Nos. 98, 101.

WHEREAS, paragraph 30 requires the City to file a Monthly Violation Report on the docket at the "[a]t the end of each month following the month in which any Notifications of Violation are filed" and each month thereafter "until the violation is corrected."

WHEREAS, paragraph 30 requires Monthly Violation Reports to be signed by a senior City official under penalty of perjury and to describe "the status of the violation, any fine amounts paid to date, and any additional fine amounts due but not paid."

WHEREAS, on August 16, 2021, the Court held that the City of Mount Vernon is liable for remedial fines for the following violations, and that fines shall continue to accrue until performance is satisfactorily completed: (1) failure to submit an illicit discharge action plan; (2) failure to purchase clamshell equipment; (3) failure to conduct dry weather outfall and (4) failure to provide documentation of visual inspections completed to investigate sources of illicit discharge for all storm sewer segments that were not televised, including by submitting the necessary documentation, see ECF No. 101 ¶ 4.

THEREFORE, attached as Exhibit A is the information required to be submitted in the Monthly Violation Report, as of January 31, 2022.

Pursuant to 28 U.S.C. § 1746, I, Damani L. Bush, declare under penalty of perjury that that the information in Exhibit A is a true and correct statement of facts to the best of my knowledge and belief.

Executed on this 7th day of April 2022, in Mt. Vernon, New York.

_____
Damani L. Bush
DPW Commissioner

*"The Jewel of Westchester"*

**EXHIBIT A**

| No. | Violation | Status | Paid on 9/3/21 (for period 7/1/21 to 8/16/21) | Due 9/30/21 but unpaid (for period 8/17/2021 to 8/31/21) | Due 10/31/21 but unpaid (for period 9/1/2021 to 9/30/2021) | Due 11/30/21 but unpaid (for period 10/1/21 to 10/31/21) | Due 12/31/21 but unpaid (for period 11/1/21 to 11/30/21) | Due 03/31/22 but unpaid (for period 4/1/22 to 4/7/22) |
|---|---|---|---|---|---|---|---|---|
| 1 | Failure to submit an Illicit Discharge Action Plan. ECF No. 97 ¶ 1 | Not Completed | $55,500 | $24,000 | $56,000 | N/A | N/A | N/A |
| 2 | Failure to purchase clamshell equipment. ECF No. 97 ¶ 12 | Satisfactorily completed as of 8/31/2021 | $55,500 | $22,000 | N/A | N/A | N/A | N/A |
| 3 | Failure to conduct dry weather outfall inspections. ECF No. 97 ¶ 2 | Not completed | $55,000 | $24,000 | $56,000 | N/A | N/A | N/A |
| 4 | Failure to provide documentation of visual inspections completed to investigate sources of illicit discharge for all storm sewer segments that were not televised, including by submitting the necessary documentation. ECF No. 97 ¶ 20 | Satisfactorily completed as of 11/12/2021 | $55,000 | $24,000 | $60,000 | $62,000 | $22,000 | N/A |
| 5 | Failure to provide Monthly Report | Satisfactorily completed as of 04/07/2022 | N/A | N/A | N/A | N/A | N/A | $3,000 |
| | **TOTAL:** | | **$222,000** | **$94,000** | **$172,000** | **$62,000** | **$22,000** | **$3,000** |