| ORIGINAL ORDER FILED SEPTEMBER 22, 2020 - February 2022 Monthly Report | | | |
|---|---|---|---|
| **I. COMPLIANCE REQUIREMENTS - Currently Identified Impaired Outfalls** | | | |
| **Order Reference #** | **Description** | **Due Date** | **Status** |
| 3 | Defendant shall complete an expedited Illicit Discharge track-down and identify all sources of illicit discharges for three MS-4 Outfalls (Outfalls 24, 33 and 34) (the "Currently Identified Impaired Outfalls), including identifying the sources of illicit disharges. For any identified sourches of illicit discharge, the City needs to immediately undertake public eduation and outreach, such as appropriate warning signage, to inform the public of any ongoing illicit discharges. | 6/17/2022 | **IN PROGRESS: Status Changed:** The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to update and submit the Illicit Discharge Action Plan (IDAP). The contract's scope of work also includes the completion of the SWMP, SSES Workplan, and completion of the remaining Outfall Reconnaissance-to include sampling. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. Arcadis has commenced the implementation of the IDAP as of the week of February 21, 2022, and continues to work on it. |
| 4 | Defendant shall analyze and evaluate video data from Closed-Circuit Television (CCTV) inspection of the Currently Identified Impaired Outfalls and prepare and prioritize a revised work plan and scope to correct deficiencies identified per the analysis. | 6/17/2022 | **IN PROGRESS: Status Changed:** The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to analyze and evaluate video data from Closed-Circuit Television (CCTV) inspection of the Currently Idenfitifed Impaired Outfalls. The contract's scope of work also includes the includes the completion of the IDAP, SWMP, SSES Workplan, and completion of the remaining Outfall Reconnaissance-to include sampling. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. Arcadis has substantially completed the review of the 20,000 linear feet of sewer provided by the City and will soon begin recommendations for rehabilitation. |

| | | | |
|---|---|---|---|
| 5 | Defendant shall perform on-site inspections and make a determination regarding whether or not to initiate enforcement actions with respect to the addresses listed in Appendix A concerning sources of sanitary waste entry to the MS-4 system at the Currently Identified Impaired Outfalls and attributed to illicit cross connections of sanitary fixtures or lines to the storm drain system in accordance with the 2015 MS-4 General Permit, and provide written notice of the basis for each determination to the Environmental Protection Agency ("EPA") and New York. | 1/22/2021 | **COMPLIED WITH:** Inspections were completed at all specified addresses and uploaded to the June and July 2021 Dropboxes. |
| 6 | Defendant Shall develop and submit for EPA approval an Illicit Discharge Action Plan designed to eliminate all identified sources of illicit discharges for the Currently Identified Impaired Outfalls based on Defendant's analysis that prioritizes elimination of illicit discharge. | 3/22/2021 | **IN PROGRESS: Status Changed:** The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to update and submit the Illicit Discharge Action Plan (IDAP). The contract's scope of work also includes the completion of the SWMP, SSES Workplan, and completion of the remaining Outfall Reconnaissance-to include sampling. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. Arcadis has commenced the implementation of the IDAP as of the week of February 21, 2022, and continues to work on it. |
| 7 | The Illicit Discharge Action Plan shall provide for the following: | | **IN PROGRESS:** See Above |
| a. | Upon identifying a source of illicit discharge that causes sanitary sewage to enter the protion of a MS-4 relating to a Currently Identified Impaired Outfall, the City shall immediately initiate corrective action and, no later than 24 hours of discovery, shall prevent further illicit discharges from that source to the City's MS-4. | | **IN PROGRESS:** See above |
| b. | Within 60 Days of EPA's approval of the Plan, the City shall complete elimination of each identified source of illicit discharge to the Currently Identified Impaired Outfalls through means (including enforcement, constructions, repairs, and preventive actions) laid out in the Illicit Discharge Action Plan. | | **IN PROGRESS:** See above |

| | | Requirement | Due Date | Status |
|---|---|---|---|---|
| | c. | For each source of illicit discharge to the Currently Identified Impaired Outfalls, within 15 days of the completion of elimination of that source the City shall conduct a dry weather outfall inspection at the applicable Currently Identified impaired Outfall and sample any observed dry weather flow to analyze for bacterial content and verify elimination of illicit discharges. | | **IN PROGRESS:** See above |
| | d. | Within 45 days of the dry weather outfall inspection referred to in paragraph 7(c), the City shall proivde EPA with an Illicit Discharge Action Plan completion report, which shall describe the inspection and sampling results confirming the elimination of all illicit discharges caused by that source. | | **IN PROGRESS:** See above |
| 8 | | Defendant shall complete elimination of all sources of illicit discharge for the Currently Identified Impaired Outfalls from cross connections of sanitary fixtures or lines through follow up enforcement, and verify by inspection. | 9/22/2020 | **IN PROGRESS:** See above |
| 9 | | Specific Construction and Repairs for Currently Identified Impaired Outfalls - Defendant shall perform the following construction and repairs to address potential sources of illicit discharges to the MS-4 at Currently Identified Impaired Outfalls by the dates indicated. | | **COMPLIED WITH:** All Specified Construction and Repairs for Currently Identified Impaired Outfalls have been Complied With. |
| | a. | Defendant shall excavate, identify, and correct the unidentified source(s) of dry weather flow to the MS-4 drain line between 3rd and 4th Streets along the Fourth Avenue storm drain network. | 11/22/2020 | **COMPLIED WITH:** The location identified as the source of dry weather flow was at 210 South 4th Avenue. Construction work was Complied With on September 19, 2019, by Zonzini Pipeline Services in the amount of $30,502.20. The MS-4 drain line was cut and capped to prevent any further illegal discharge. Also, the entry point into the downstream manhole #355 was sealed. |
| | b. | Defendant shall replace approximately 60 linear feet of compromise 8" sanitary sewer line and 60 linear feet of compromised 18" storm drain along the Overlook Street storm drain network to eliminate sanitary sewage from entering the storm sewers at this location. | 11/22/2020 | **COMPLIED WITH:** M. Zonzini Pipeline Services Completed the Catch Basin restoration, installed the 2 new 12-inch SDR35 sections of pipe from the catch basins into the City Storm main and repaired approximately 100 linear feet of 8-inch Sanitary Sewer main on March 25, 2021 for $243,562.00 |
| | c. | Defendant shall re-line 429 linear feet of 8" sanitary sewer piping using a trenchless re-lining method and repair four manholes for the sniatry sewer along Haven Avenue between E. 3rd Street and Pease Street. | 12/22/2020 | **COMPLIED WITH:** Relined 435 LF of 8" sanitary sewer piping. |
| | d. | Defendant shall replace 661 linear feet of compromised 8" sanitary sewer piping and perform point repairs as needed for the Washington Street sanitary sewer line. | 12/22/2020 | **COMPLIED WITH:** Pre-Cleaning Complied With 9/17/2020, Re-lining Complied With February 8, 2021 due to the recent Nor'easter which caused a delay in the mobilization of Green Mountain Pipeline Services. |
| | e. | Defendant shall re-line 315 linear feet of 36" sanitary sewer piping along Lyons Place using a trenchless re-lining method to address a leaking sanitary sewer line and prevent entry into the storm sewer at this location. | 12/22/2020 | **COMPLIED WITH:** Relined 578 LF of 36" sanitary sewer piping . |
| 10 | | All MS-4 Outffalls: Defendant shall maintain an up-to-date comprehensive spreadsheet of all MS-4 outfalls, including the following information: (i) unique outfall number; (ii) outfall location; (iii) outfall geographic coordinates (latitude and longitude decimal degrees); (iv) outfall pipe or conduit size (inches), type, and material; and (v) receiving waterbody. As new outfalls are constructed or newly discovered, Defendant shall update the MS-4 outfall spreadsheet and provide updates to EPA and DEC. | N/A | **COMPLIED WITH:** Previously provided to the EPA/resubmitted to the July 2021 Dropbox |
| 11 | | Defendant shall maintain an up-to-date digital map utilizing Geographic Information System coordiantes depicting names and locations of all outfalls, roads, surface waterbodies, and storm sewersheds. As new outfalls are constructed or newly discovered | N/A | **COMPLIED WITH:** Outfall Map Provided in June 2021 Monthly Report. The City has also submitted to the DOJ and EPA a proposed Environmental Justice and Health Initiative document requesting consent to use the remainder of the escrowed monies to hire another staff member to perform GIS work necessary for compliance with the Remedial Orders. |

| 12 | Defendant shall complete MS-4 Outfall Reconnaissance Inventory inspections for all MS-4 outfalls in accordance with the 2015 MS-4 General Permit. Outfall Reconnaissance Inventory shall include, but is not limited to, the following: | 2/22/2021 *(and every five years thereafter)* | **IN PROGRESS: Status Changed:** City Engineer, Curtis Woods has completed the visual outfall inspections for the 7-identified outfalls and other additional visual inspections bringing the total completion tally to 54. The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to complete the Outfall Reconnaissance-to include sampling. Engineer Woods has completed 54 Outfall inspections and reconciled the data gathered which reduced the overall amount (see Outfall Summary in Dropbox). The contract's scope of work also includes the includes the updating and submission of the IDAP, SWMP, and SSES Workplan. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is March 17, 2022. Arcadis completed sampling and analysis for all outfalls identified as having dry weather flow. Item D. and ECF No. 74/12 will be completed during the implementation of the IDAP that Arcadis is currently working on. |
|---|---|---|---|
| a. | A visual, on the ground, inspection of all MS-4 outfalls during dry weather (after at least 48 hours of no precipitation) and during peak sanitary flow hours (in the early morning or evening). The visual inspection shall include photographic documentation and a written description of observations including any flow observed coming from the outfall utilizing a standard inspection form. | 2/22/2021 *(and every five years thereafter)* | |
| b. | If dry weather flow is observed at the time of inspection, Defendant shall conduct track-down in accordance with the 2015 MS-4 General Permit to narrow down and identify the source of flow. Defendant shall document all observations using appropriate forms in accordance with the MS-4 General Permit. | 2/22/2021 *(and every five years thereafter)* | |
| c. | Sample any observed dry weather flow at the outfall(s) and/or other structures and analyze for bacterial content. | 2/22/2021 *(and every five years thereafter)* | |
| 13 | In the event any illicit discharge is detected and confirmed by an Outfall Reconnaissance Inventory, or Defendant otherwise comes to be aware of illicit discharges to the Mount Vernon MS-4, Defendant shall promptly perform a track-down in accordance with the 2015 MS-4 General Permit to identify and locate the source of the illicit discharges. Within one day of identifying and locating the source, Defendant shall orally report the illicit discharge to EPA and DEC, shall provide written notice to EPA and DEC within five days of identifying and locating the source, and within thirty days of identifying and locating the source, shall eliminate the source of the discharge. | N/A | **IN-PROGRESS:** See above |
| 14 | **Equipment** - Defendant shall implement an IDDE program with available equipment. To ensure equipment necessary to implement the program are available to Defendant, Defendant shall maintain, in service, equipment necessary to properly operate and maintain its storm sewer and sanitary sewer collection systems. | 11/22/2020 | **COMPLIED WITH:** The City purchased and received the SL Rat & CUES SPiDER Manhole Scanner; and also purchased a new Clamshell Truck. The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to complete the remaining Outfall Reconnaissance-to include sampling. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. The contracted scope of work is projected and scheduled to be completed in a 6-month timeframe from the date of execution. |
| 15 | **Staffing** - Defendant shall identify a local point of contact for public concerns reagrding stormwater management and compliance with the 2015 MS-4 General Permit ("Stormwater Coordinator"). In addition, Defendant shall implement an IDDE program, including appropriate staff. To ensure that Defendant is able to meet these staffing and Stormwater Coordinator requirements, Defendant shall designate or hire a Stormwater Coordinator who is a full-time employee of Defendant dedicated solely to overseeing and coordinating implmentation of Defendant's Storm Water Management Program, Defendant's obligation to implement and enforce an IDDE Program, and the Defendant's compliance with the MS-4 General Permit and this Order. | 11/22/2020 | **COMPLIED WITH:** Full-Time Sewer Foreperson, Ramone Bennett, has been appointed as the City's Stormwater Coordinator and is the POC for public concerns regarding stormwater management. All related, received public inquiries are routed to Mr. Bennett for response. Mr. Bennett also Complied With the "MS-4 Specific required training for illicit discharge detection and elimination, construction, post-construction, and good housekeeping" on June 29, 2021. Certificate of completion was included in the June 2021 monthly report. |

| | | | |
|---|---|---|---|
| 16 | **Funding** - Defendant shall provide adequate funding for the IDDE program, including taking the necessary steps to obtain all available federal or state grants loans or other types of funding. | 12/22/2020 | **COMPLIED WITH:** On December 15, 2021, the City forwarded a correspondance to the USDOJ which included Appendix C - Funding Sources: Mount Vernon Environmental Justice and Public Health Initiative Conceptual Allocation Proposal for Consideration and Adoption by the Mount Vernon City Council. The document has been uploaded to the MS4 Compliance Dropbox. In addition, to this document, the City has been awarded several grants from Governor Hochul's Office via the New York State Environmental Facilities Corporation totaling $10M+ dollars. This funding will be utilized to focus on issues with the Outfall #24 and Outfall #34 network. |
| 17 | **Updated Storm Water Management Plan ("SWMP")** - Defendant shall develop an updated SWMP Plan, as one comprehensive document, in accordance with Part IV of the 2015 MS-4 General Permit, for EPA approval. Upon approval by EPA, Defendant shall immediately commence implementation of the SWMP Plan. | 6/17/2022 | **IN PROGRESS: Status Changed:** The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to update the Storm Water Management Plant ("SWMP") . The contract's scope of work also includes the includes the completion of the IDAP, SSES Workplan, and completion of the remaining Outfall Reconnaissance-to include sampling. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. Arcadis began drafting this document the week of February 21, 2022 and continues to work on it. The City and Arcadis had a call last week to discuss minimum control measures 1 and 2. |
| 18 | Defendant shall implement the EPA-approved CMOM citywide, including but not limited to: (i) employee training; (ii) complaint management program; (iii) pipe and manhole inspection and cleaning; and (iv) pump station maintenance. Within sixty days of the date of this Order, Defendant shall submit to EPA an analysis of whether any revisions are required to its CMOM, along with any proposed revisions thereto for approval. Defendant shall further update its CMOM every year on or before December 31. | 11/22/2020 | **COMPLIED WITH:** The City has submitted the updated CMOM with all included revisions to the August 2021 Dropbox. |

| | | | |
|---|---|---|---|
| 19 | Defendant shall perform a Sewer System Evaluation Survey of the sanitary sewer system to identify each condition in the sanitary sewer system that could lead to a discharge of sewage to the Mount Vernon MS-4 | 6/17/2022 | **IN PROGRESS:** Status Changed: Prior to commencing the SSES or illicit discharge investigations, the IDAP should be completed as it should be used to plan and prioritize areas for investigation and for efficiently isolating illicit discharges. The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to develop the SSES Workplan. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. The Workplan will provide the City with a standard operating procedure to be followed when conducting investigations. The Workplan will include techniques that should be used for evaluating the sewer system and when to use them. This includes standards for manhole inspections, sewer inspections, smoke testing, dye testing, and utilizing the City's Sewer Line Rapid Assessment Tool (SL- Rat). All CCTV inspections should follow National Association of Sewer Service Companies (NASSCO) Pipeline Assessment Certification Program (PACP) guidelines and rating procedures. This will ensure that the sewers will be evaluated based on the same standards. A standardized rating system will allow the City to focus limited resources to rehabilitate or replace aging infrastructure that needs immediate attention in an efficient manner and plan for near- and long-term improvements as well. Based on the information developed for the IDAP, Arcadis of New York will work with the City to develop an SSES implementation schedule for review and approval by the EPA and DEC that can be utilized to as basis for modification of the Remedial Order or a new Order on Consent. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. No new updates on this task this month. |
| 20 | Defendant shall develop and submit to EPA, for approval, a Sewer System Corrective Action Plan that addresses each of the conditions identified in the Sewer System Evaluation Survey. This plan must include a description of the plan for correcting each condition and a schedule to complete each condition by December 31, 2022 | 9/22/2021 | **IN PROGRESS: Status Changed:** See above |
| **II. REPORTING REQUIREMENTS** | | | |
| 21 | **Annual Report to Court** - By January 31 of each year for five years, Defendant shall provide an annual report for the preceding year describing Defendant's compliance or non-compliance with the terms of this Order to EPA and DEC, and file a copy on the Court's docket. | 1/31/2021 (*and each year thereafter*) | **COMPLIED WITH:** Annual report submitted via Dropbox |
| 22 | **MS-4 Annual Reports** - By June 1 of each reporting year, the Defendant shall submit a complete and accurate MS-4 Annual Report to the NYSDEC, with a copy to EPA, as required by the MS-4 General Permit. See MS-4 General Permit Part V.C. | 6/1/2021 (*and each year thereafter*) | **COMPLIED WITH:** Uploaded to July 2021 Monthly Report Dropbox; mailed via USPS on July 21, 2021 |
| 23 | Defendant shall submit a final report to EPA and DEC covering all of the work required to be performed under the Sewer System Corrective Action Plan. | 3/31/2023 | **N/A** |

| | | | |
|---|---|---|---|
| 24 | **Semi-Annual Report to the United States and New York** - By January 31 and July 31 of each year for five years, Defendant shall submit to the Unted States and New York a semi-annual report covering the preceding semi-annual period ending December 31 and June 30. Each semi-annual report needs to include: (a) the status of any construction or compliance measures; (b) completion of milestones; (c) problems encountered or anticipated, together with implemented or proposed solutions; (d) status of permit applications; (e) operation and maintenance performed; (f) reports to state agencies; (g) illicit discharge Track-down progress and updates (including outfall reconnaissance inventory field sheets, manhole investigation forms, color photographs, dye test results, and a detailed summary of the work performed with dates, locations, and observations); (h) documentation demonstrating illicit discharge eliminations, including invoices, photographs, and work orders; (i) SWMP development progress and updates; (j) documentation demonstrating SWMP plan implmentation; (k) documentation demonstrating CMOM and SSCAP implementation, including a summary of sanitary sewer cleaning (including miles cleaned and locations), a summary of pipe and manhole inspections, including locations, an updated hot spot list, a summary of pump station maintenance performed, and a summary of sanitary sewer overflows; (l) on-site inspections conducted and a summary of any enforcement actions concerning sources of sanitary waste entry to the MS-4 system that were initiated, or the anticipated date of initiation; and (m) a description of any non-compliance with the requirements of this Order and an explanation of the of the violation's likely cause and of the remedial steps taken, or to be taken, to prevent or minimize such violation. | 1/31/21 & 7/31/21 *(and each year thereafter for 5 years)* | **COMPLIED WITH:** The city previously submitted the updated semi-annual report with all included revisions to the August 2021 Dropbox. |
| 25 | **Certification** - Each report submitted by Defendant shall be signed by an official of the Defendant and include the following certification: "I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information." This ceritification requirement should be expected in emergency or similar notifications where compliance would be impractical. | All Reports | **Complied With:** This certification will accompany all reports submitted by the City to the Plaintiff effective August 2, 2021. |
| **III. INFORMATION COLLECTION AND RETENTION** | | | |
| 26 | The United States, New York, and their representatives, including attorneys, contractors, and consultants, shall have the right of entry into any facility covered by this Order, at all reasonable times, upon presentation of credentials, to: | N/A | |
| a. | monitor the progress of activities required under this Order; | | |
| b. | verify any data or information submitted to the United States or DEC in accordance with the terms of this Order; | | |
| c. | obtain samples and, upon request, splits of any samples taken by Defendant or its representatives, contractors, or consultants; | | |
| d. | obstain documentary evidence, including photographs and similar data; and | | |
| e. | assess Defendant's compliance with this Order. | | |

| | | | |
|---|---|---|---|
| | This compliance monitoring should be in addition to any other rights EPA may have to inspect or oversee Defendant's MS-4 under applicable law. | | |
| 27 | Upon request, Defendant shall provide EPA and DEC or their authorized representattives splits of any samples taken by Defendant. Upon request, EPA and DEC shall provide Defendant splits of any samples taken by EPA or DEC. | N/A | |
| 28 | Until five years after the termination of this Order, Defendant shall retain, and shall instruct its contractors and agents to preserve, all non-identical copies of all documents, records, or other information (inlcuding documents, records, or other information in electronic form) in its or its contractors' or agents' possession or control, or that come into its or its contractors' or agents' possession or control, and that relate in any manner to Defendant's performance of its obligations under this Order. This information-retention requirement shall apply regardless of any contrary corporate or institutioinal policies or procedures. At any time during this information -retention period, upon request by the United States or New York, Defendant shall provide copies of any documents, records, or other information required to be maintained under this Paragraph. This requirement is in addition to the recordkeeping provisions required by 40 C.F.R. § 122.41(j). | T/B/D | |
| **IV. RETENTION OF JURISDICTION** | | | |
| 29 | The Court shall retain jurisdiction over this case until termination of this Order, for the puporse of resolving disputes arising under this Order or entering orders modifying this Order, of effectuating or enforcing compliance with the terms of this Order. | N/A | |
| 30 | The reporting requirements of this Order do not relieve Defendant of any reporting obligations required by the Clean Water Act or implementing regulations, or by any other federal, state, or local law, regulation, permit, or other requirement. This Order in no way limits or affects any right of entry and inspection, or any right to obtain information, held by the United States or New York pursuant to applicable federal or state laws, regulations, or permits, nor does it limit or affect any duty or obligation of Defendant to maintain documents, records, or other information imposed by applicable federal or state laws, regulations or permits. | N/A | |

| SUPPLEMENTAL ORDER FILED MARCH 9, 2021 - February 2022 Monthly Report | | | |
|---|---|---|---|
| **CAPACITY, MANAGEMENT, OPERATIONS AND MAINTENANCE ("CMOM") PROGRAM** | | | |
| Order Reference # | Description | Due Date | Status |
| 1 | The City of Mount Vernon (the "City") must conduct and document routine inspection and maintenance required by its CMOM Program for its Sanitary Sewer System, including daily pump station and hot spot inspections, as specified in Sections 3.b and 3.c of the City's CMOM. | Ongoing | **COMPLIED WITH:** DPW previously submitted the standardized forms completed on a daily, weekly, monthly, biannual, and annual basis for the Edison Avenue Pump station as described in the City's CMOM. These forms are used for record keeping and data compliance. (See July 2021 report) |
| 2 | The City must initiate a plan to staff its designated telephone number for sewage-related complaints and to respond to calls raising such complaints within one hour, as required by Section 1.d of the City's CMOM. | ASAP | **COMPLIED WITH:** The City has established a 24-hour emergency contact phone line: (914) 665-2719 in a jobsite trailer permanently located on the DPW yard at 33 Canal Street. The landline is manned by Teamsters-456 Union full-time personnel assigned to the City's DPW fuel station. The fuel station is staffed 24/7 by attendants on 8-hour rotating shifts to inlcude weekends and holidays. During scheduled breaks, the fuel attendant forwards the line to Deputy Commissioner Robert L. Hackett's cellular line to ensure 24-hour coverage to respond to sewer related calls. Upon receiving a complaint, the attendant logs the necessary information; including date/time, name, address, description of complaint, and contact number of the complaintant(s). That information is then forwarded to Ramone Bennett or Robert Hackett to arrange the necessary emergency personnel to respond within one hour. The personnel assess the situation and determine the next course of action which range from identifiation of private plumbing issues, deployment of additional CMV Sewer Staff, and/or notification of neighboring municiaplities, or Westchester County personnel. |
| 3 | The City must submit a revised CMOM to the U.S. Environmental Protection Agency ("EPA") and New York State Department of Environmental Cons | | **COMPLIED WITH:** The City has submitted the updated CMOM with all included revisions to the August 2021 Dropbox. |
| **ADEQUATE FUNDING AND EQUIPMENT** | | | |
| 4 | The City Comptroller shall create a unique accounting code, as well as an account specifically designaated to fund work necessary to comply with the Court's September 21, 2020 Order and this Order. All invoices submitted by DPW on or after the date of this Order related to work necessary to comply with the Court's September 21, 2020 Order and this Order shall use and refer to this new accounting code. This Order does not require resubmission of previously submitted invoices. | ASAP | **COMPLETED:** On September 3, 2021, The Comptroller created an account code as well as a bank account specifically designated to fund work necessary to comply with the Courts order. EPA Fines Account Code (A1970.429F). This is an addition to the monthly reports and a retroactive supplement and update to the previous monthly reports of September, October and November. |
| 5 | Beginning the week of March 8, 2021, the City Comptroller shall send DPW the DPW expense reports each week, and the expense reports must identify the balance of funds available, which invoices have been received, which invoices have been paid, and from what accounts they were paid. | 3/8/2021 | **IN PROGRESS:** On January 1, 2022, a new City Comptroller was sworn into office along with three new City Council Members. These changes to City government are needed and welcomed by the Mayor and executive staff. We respectfully requested that USEPA and DOJ afford the new Comptroller sufficient time to complete a transition of government, to bring new and needed staff on board, and to identify and address the many concerns raised with the previous administration of the City finances. These efforts are considerable and necessary to identify the funds that will be used for City services and importantly, compliance efforts under the Clean Water Act and the Court's Orders. We ask that the USDOJ allow for a time period of 60-days for this process to commence. |
| 6 | By March 9, 2021, the City Comptroller shall either pay all outstanding invoices submitted by the Department of Public Works ("DPW") invoices or shall advise DPW in writing by e-mail, of any problem that prevents the payment of an invoice. | 3/9/2021 | **COMPLIED WITH:** As of July 31, 2021, All DPW EPA-related outstanding invoices have been paid in full. |
| 7 | By March 16, 2021, DPW shall address any problem identified by the City Comptroller regarding any outstanding invoice so that payment can be completed. Once addressed, the City Comptroller shall promptly pay such invoices. | 3/16/2021 | **COMPLIED WITH:** As of July 31, 2021, All DPW EPA-related outstanding invoices have been paid in full. |

| # | | Due Date | |
|---|---|---|---|
| 8 | By no later than March 31, 2021, the City shall order a SPIDER and any other equipment necessary for its Illicit Discharge and Detection Elimination Program. See also ECP No. 74 ¶ 14. | 3/31/2021 | **COMPLIED WITH:** The City purchased and received the SL Rat and CUES SPiDER Manhole Scanner |
| 9 | By April 2, 2021, the City shall provide an estimated budget (and any contingency issues) for the remaining work to be done under the Court's September 21, 2020 Order. See ECP No. 74. | 4/2/2021 | **COMPLIED WITH:** On December 15, 2021, the City forwarded a correspondance to the USDOJ which included Appendix C - Funding Sources: Mount Vernon Environmental Justice and Public Health Initiative Conceptual Allocation Proposal for Consideration and Adoption by the Mount Vernon City Council. The document has been uploaded to the MS4 Compliance Dropbox. In addition, to this document, the City has been awarded several grants from Governor Hochul's Office via the New York State Environmental Facilities Corporation totaling $10M+ dollars. This funding will be utilized to focus on issues with the Outfall #24 and Outfall #34 network. |
| 10 | By April 2, 2021, the City shall provide a detailed plan for how the City anticipates funding the remaining projects (e.g., from the City's budget , from grant reimbursment, or other means). | 4/2/2021 | **COMPLIED WITH:** The City submitted (on 9/29/2021) to the EPA and DOJ a Conceptual Allocation Proposal (as an attachment of a larger Environmental Justice and Public Health Initiative document) for consideration as a requirement and viable method of achieving compliance with the Remedial Orders and the Clean Water Act. The document and corresponding visual graphic (uploaded to the September 2021 Dropbox) include both current expenditures and proposed allocations for the escrowed funds, the City's American Rescue Plan Act (ARPA) funds, Community Block Development (CDBG) funds, and the awarded WQIP grant funds. The City's submission of a total of $15,602,448 in sanitary and MS4-related grant applications in FY2021 was also included in the visual graphic. The potential $1.5 million Congressional Appropriation referenced in earlier reports has not been included in the proposal, pending notification of award or denial. The City anticipates that the reports generated by the funded engineering consultant work and the environmental consultancy firm (contracted to complete the SWMP, SSES Workplan, IDAP, and Outfall Reconnaissance) will justify and support future funding requests (if necessary) for Clean Water Act compliance. In addition to the funding specified in the document, the City plans to use an awarded $100K EFC EPG grant to obtain engineering reports on several areas of suspected illicit discharge and allocate a minimum of $850,000 in the 2022 operational budget for Outside Contracting Services and Emergency Sewer Repairs consistent with the 2021 operational allocation. (This expenditure allocation is completely dependent upon the production of accurate financial records during the budgeting process by the sitting Comptroller and the verification of available/actual funds by the incoming Comptroller.) |
| 11 | By April 21, 2021, the City shall address all outstanding paperwork and documentation issues for the $1.6M New York Water Quality Improvement Project grant. | 4/21/2021 | **COMPLIED WITH:** The City has been in regular communication with the DEC - Chris Miller regarding this funding source in scheduled virtual meetings on 2/8/2021, 2/17/2021, and 6/25/2021, and in email correspondence. All of the necessary required documentation has been uploaded to the Grants Gateway portal. |
| 12 | The Comptroller shall pay all DPW regular and overtime pay in full, within two weeks of submission of the timekeeping by the DPW Commissioner. In the event the information submitted is incomplete, the Comptroller shall notify the DPW Commissioner within 24 hours so that any missing information can be promptly submitted and shall be promptly paid in accordance with the terms of this section. | ASAP & Ongoing | **COMPLIED WITH:** The City Comptroller has been issuing all Overtime to Sewer Bureau Personnel |

**ENFORCEMENT ACTIONS**

| | | | |
|---|---|---|---|
| 13 | By April 21, 2021, the City shall complete sewer connection inspections of at least 20 addresses listed in Appendix A of the Court's September 21, 2020 Order; | 4/21/2021 | **COMPLIED WITH:** All inspections and follow-up enforcement actions have been completed and uploaded to the JULY 2021 Dropbox. City Engineer Woods has also completed the additional Private Connections at for the (2) Schools - Hamilton Elementary School and Nellie Thorton High School; 9-10 S. 4th Avenue and 420 S. Fulton Avenue have also been completed. Revised spreadsheet for private connections has been uploaded to the DropBox. |
| | By May 21, 2021, the City shall complete sewer connection inspections of an additional 20 addresses listed in Appendix A; | 5/21/2021 | |
| | By June 21, 2021, the City shall complete any remaining sewer connection inspections of addresses listed in Appendix A. See ECF No. 74 ¶ 5 & Appendix A. | 6/21/2021 | |
| 14 | By April 21, 2021, the City shall make determinations regarding whether or not to initiate enforcement actions of at least 11 addresses listed in Appendix A of the Court's September 21, 2020; | 4/21/2021 | |
| | By May 21, 2021, the City shall make determinations regarding whether or not ot initiate enforcement actions of another 17 addresses listed in Appendix A; | 5/21/2021 | |
| | By June 21, 2021, the City shall make determinations regarding whether or not to initiate, enforcement actions of another 17 addresses listed in Appendix A; See ECF No. 74 ¶ 5 & Appendix A. | 6/21/2021 | |

<span style="background-color: yellow">**OUTFALL REPAIR WORK AND DOCUMENTATION**</span>

| | | | |
|---|---|---|---|
| 15 | The City shall begin the remaining repair work for the Overlook Street sanitary sewage lines no later than March 12, 2021, and shall complete the work within three work weeks. See ECF No. 74 ¶ 9.b. | 3/12/2021 | **COMPLIED WITH:** M. Zonzini Pipeline Services Completed the Catch Basin restoration, installed the 2 new 12-inch SDR35 sections of pipe from the catch basins into the City Storm main and repaired approximately 100 linear feet of 8-inch Sanitary Sewer main on March 25, 2021 for $243,562.00 |
| 16 | The City shall provide EPA and DEC photographs, invoices, and confirmation of payment for the completed Street storm drain repairs by March 26, 2021, and shall submit the remaining documentation pertaining to the sanitary sewage line repair work within two weeks of the completion of that work. See ECF No. 74 ¶ 24(h). | 3/26/2021 | **COMPLIED WITH:** See "Overlook Street" Folder uploaded to Dropbox |
| 17 | The City shall provide all photographs, invoices, and confirmation of payment to EPA and DEC for the Washington Street repairs by March 19, 2021. See ECF No. 74 ¶¶ 9.d, 24(h). | 3/19/2021 | **COMPLIED WITH:** Green Mountain Pipeline Services installed 1,125 LF of 8" CIPP on Washington Street; see uploaded Invoice #998-Rev ($90,112.50) and corresponding Outgoing Wire Transfer from the Mount Vernon Urban Renewal Agency. |

<span style="background-color: yellow">**INSPECTIONS OF CURRENTLY IDENTIFIED IMPAIRED OUTFALLS**</span>

| | | | |
|---|---|---|---|
| 18 | By March 19, 2021, the City Shall provide documentation of visual inspections of currently identified impaired outfalls, including location, date and, if available, photographs. See ECF No. 74 ¶¶ 3 - 4. | 3/19/2021 | **COMPLIED WITH:** City Engineer, Curtis Woods, has completed visual inspections of all 7 currently identified impaired outfall pipe segments (#24- Farrell Avenue, #30 Hutchinson Pkwy, #33 Canal Street, #34 S. Fulton Avenue, #50 Oak Street, #51 Howard Street, #53 Putnam Street). Photographs are attached to the respective Outfall Inspection Forms. The forms for the referenced pipe segments were uploaded to Outfall Dropbox. |

<span style="background-color: yellow">**INSPECTIONS OF CURRENTLY IDENTIFIED IMPAIRED OUTFALLS**</span>

| | | | |
|---|---|---|---|
| 19 | The City shall promptly provide Plaintiffs with the qualifications of the City's Stormwater Coordinator, and no later than April 21, 2021, ensure that the Stormwater Coordinator completes all MS4-specific required training for illicit discharge detection and elimination, construction, post-construction, and good housekeeping, as required by Parts VII.A.3-VII.A.6 of the MS4 Permit. | 4/21/2021 | **COMPLIED WITH:** The City Stormwater Coordinator, Ramone Bennett, completed the "MS-4 Specific required training for illicit discharge detection and elimination, construction, post-construction, and good housekeeping" on June 29, 2021. Certificate of completion was included in the June 2021 monthly report.. |

<span style="background-color: yellow">**REPORTING**</span>

| | | | |
|---|---|---|---|
| 20 | By March 26, 2021, the City shall provide written certifications to EPA and DEC that the City Mayor, the City Comptroller, any employees within the Comptroller's office responsible for DPW accounts payable, including the Deputy Comptroller, and the DPW Commissioner, the Stormwater Coordinator, and the City Engineer that implement the Court's September 21, 2020 Order, each have read the Court's September 21, 2020 Order, this Order, the MS4 Permit, and the City's CMOM. See ECF No. 90 ¶ | 3/26/2021 | **COMPLIED WITH:** See uploaded signed certifications from the City's Mayor, DPW Commissioner, Deputy Commissioner, Stormwater Coordinator, and City Engineer. The documents and certification forms have been scanned and electronically mailed to the City Comptroller for her signature and her relevant staff. |
| 21 | By April 2, 2021, the City shall submit and file a revised annual report as set forth in Paragraph 21 of the Court's Spetember 21, 2020 | 4/2/2021 | **COMPLIED WITH:** See uploaded MS4 Annual Report uploaded to the JUNE 2021 Dropbox |

| | | | |
|---|---|---|---|
| 22 | By April 2, 2021, the City shall submit a semi-annual report as forth in Paragraph 24 of the Court's September 21, 2020 Order, this Order, the MS4 Permit, and the City's CMOM, and certify that they have done so. | 4/2/2021 | **COMPLIED WITH:** The city previously submitted the updated semi-annual report with all included revisions to the August 2021 Dropbox. |
| 23 | By the last day of the month (or the first business day thereafter in the event the date is a weekend or holiday), the City shall submit to EPA and DEC a monthly report, in the form of a tracking table, that identifies all work completed or not completed during the preceding month that is required under the September 21, 2020. | Monthly | **COMPLIED WITH:** Herein, is the City of Mount Vernon's July 2021 Monthly Report. The City plans to comply with its obligations to submit monthly reports to the DEC and EPA as specified by the Court's Orders in the future. The City respectfully submits the July 2021 monthly report in the form of a tracking table to demonstrate the tasks that it has completed and to demonstrate its actions taken to come into compliance with the Orders. |
| 24 | The City shall notify EPA and DEC within one week of any missed deadline provided for in the Court's September 21, 2020 Order or this Order, and provide a justification for the delay and a proposed completion date, with a justification for why the additional time is necessary. | Ongoing | **COMPLIED WITH:** The City will notify the EPA and DEC of any missed deadlines in the Court's Orders and provide justification for the delay and a proposed completion date. Please be advised although the July 2021 Monthly report is past due, the City provided updated documentation and responses to other EPA/DEC correspondances on July 21, 2021. |
| **ADDITIONAL MS4 OUTFALL RECONNAISSANCE INVENTORY** | | | |
| 25 | In addition to the obligations set forth in paragraph 12 of the September 21, 2020 Order, the City shall complete an additional MS4 Outfall Reconnaissance Inventory for all MS4 outfalls in accordance with the 2015 MS4 General Permit by October 22, 2021. See ECF No. 74 ¶ 12. | 10/22/2021 | **IN PROGRESS: Status Changed:** City Engineer, Curtis Woods has completed the visual outfall inspections for the 7-identified outfalls and other additional visual inspections bringing the total completion tally to 54. The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to complete the Outfall sampling. Engineer Woods has completed 54 Outfall inspections and reconciled the data gathered which reduced the overall amount (see Outfall Summary in Dropbox). The contract's scope of work also includes the includes the updating and submission of the IDAP, SWMP, and SSES Workplan. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is March 17, 2022. Arcadis completed sampling and analysis for all outfalls identified as having dry weather flow. |
| **SEWER SYSTEM EVALUATION SURVEY** | | | |

| | | | |
|---|---|---|---|
| 26 | In addition to the obligations set forth in paragraphs 19 of the September 21, 2020 Order, the City shall complete an additional Sewer System Evaluation Survey of the sanitary sewer system by October 22, 2021. See ECF No. 74 ¶ 19. | 6/17/2022 | **IN PROGRESS: Status Changed:** Prior to commencing the SSES or illicit discharge investigations, the IDAP should be completed as it should be used to plan and prioritize areas for investigation and for efficiently isolating illicit discharges. The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to develop the SSES Workplan. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure.  The Workplan will provide the City with a standard operating procedure to be followed when conducting investigations. The Workplan will include techniques that should be used for evaluating the sewer system and when to use them. This includes standards for manhole inspections, sewer inspections, smoke testing, dye testing, and utilizing the City's Sewer Line Rapid Assessment Tool (SL- Rat). All CCTV inspections should follow National Association of Sewer Service Companies (NASSCO) Pipeline Assessment Certification Program (PACP) guidelines and rating procedures. This will ensure that the sewers will be evaluated based on the same standards. A standardized rating system will allow the City to focus limited resources to rehabilitate or replace aging infrastructure that needs immediate attention in an efficient manner and plan for near- and long-term improvements as well. Based on the information developed for the IDAP, Arcadis of New York will work with the City to develop an SSES implementation schedule for review and approval by the EPA and DEC that can be utilized to as basis for modification of the Remedial Order or a new Order on Consent. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. No new updates on this task this month. |
| 27 | This Order supercedes the March 2, 2021 Minute Entry posted on the docket. | N/A | |

**THIRD REMEDIAL ORDER FILED JUNE 22, 2021 - February 2022 Monthly Report**

**ILLICIT DISCHARGE ACTION PLAN**

| Order Reference # | Description | Due Date | Status |
|---|---|---|---|
| 1 | Defendant shall develop and submit for U.S. Environmental Protection Agency ("EPA") approval an Illicit Discharge Action Plan designed to eliminate all identified sources of illicit discharges for the Currently Identified Impaired Outfalls based on Defendant's analysis that prioritizes elimination of illicit discharge. See ECF No. 74 ¶ 6 (setting original deadline of March 22, 2021). | 6/17/2022 | **IN PROGRESS: Status Changed:** The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to update and submit the Illicit Discharge Action Plan (IDAP). The contract's scope of work also includes the completion of the SWMP, SSES Workplan, and completion of the remaining Outfall Reconnaissance-to include sampling. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. Arcadis started drafting the IDAP the week of February 21, 2022, and continues to work on it. |

**OUTFALL RECONNAISSANCE INVENTORY**

| Order Reference # | Description | Due Date | Status |
|---|---|---|---|
| 2 | Defendant shall complete MS4 Outfall Reconnaissance Inventory inspections for all 77 remaining MS4 outfalls in accordance with the 2015 MS4 General Permit. Outfall Reconnaissance Inventory shall include, but is not limited to, the following: | 3/2/2022 | **IN PROGRESS: Status Changed:** City Engineer, Curtis Woods has completed the visual outfall inspections for the 7-identified outfalls and other additional visual inspections bringing the total completion tally to 54. The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to complete the Outfall Reconnaissance-to include sampling. Engineer Woods has completed 54 Outfall inspections and reconciled the data gathered which reduced the overall amount (see Outfall Summary in Dropbox). The contract's scope of work also includes the includes the updating and submission of the IDAP, SWMP, and SSES Workplan. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. Arcadis completed sampling and analysis for all outfalls identified as having dry weather flow. Item D. and ECF No. 74/12 will be completed during the implementation of the IDAP that Arcadis is currently working on. |
| a. | A visual, on the ground inspection of all MS4 outfalls during dry weather (after at least 48 hours of no precipitation) and during peak sanitary flow hours (in the early morning or evening). The visual inspection shall include photographic documentation and a written description of observations including any flow observced from the outfall utlizing a standard inspection form. | 3/2/2022 | |
| b. | If dry weather flow is observed at the time of inspection, Defendant shall conduct track-down In accordance with the 2015 MS4 General Permit to narrow down and identify the source of flow. Defendant shall document all observations using appropriate forms in accordance with the MS4 General Permit. | 3/2/2022 | |
| c. | Sample any observed dry weather flow at the outfall(s) and/or other structures and analyze for bacterial content. | 3/2/2022 | |
| d. | Defendant shall complete MS4 Outfall Reconnaissance Inventory inspections for all MS4 outfalls every five years hereafter. | 3/2/2022 | |
| | See ECF No. 74 ¶ 12 (setting original deadline of March 22, 2021). For Outfall #33, which the City inspected and observed dry weather flow, and for any other outfalls where dry weather flow is observed, the City shall complete sub-parts b and c of this section no later than July 30, 2021. | 3/2/2022 | |

| | | | |
|---|---|---|---|
| 3 | Defendant shall develop an updated SWMP, as one comprehensive document, in accordance with Part IV of the 2015 MS4 General Permit, for EPA approval. Upon Approval by EPA, Defendant shall immediately commence implementation of the SWMP. See ECF No. 74 ¶ 17 (setting original deadline of March 22, 2021). | 6/17/2022 | **IN PROGRESS: Status Changed:** The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to update the Storm Water Management program Plant ("SWMP") . The contract's scope of work also includes the includes the completion of the IDAP, SSES Workplan, and completion of the remaining Outfall Reconnaissance-to include sampling. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. Arcadis began drafting this document the week of February 21, 2022 and continues to work on it. The City and Arcadis had a call last week to discuss minimum control measures 1 and 2. |

| | | | |
|---|---|---|---|
| 4 | Defendant shall perform a Sewer System Evaluation Survey of the sanitary sewer system to identify each condition in the sanitary sewer system that could lead to a discharge of sewage to the Mount Vernon MS4 . See ECF No. 74. ¶ 19 (setting original deadline of March 22, 2021). During the course of the evaluation, if the City identifies a potentially blocked sewer segment, the City must investigate, respond to, document and alleviate the sanitary sewer blockage, as specified in Section 6 of the City's CMOM. See ECF No. 74 ¶ 18 ("Defendant shall implement the EPA-approved CMOM citywide...") | 6/17/2022 | **IN PROGRESS: Status Changed:** Prior to commencing the SSES or illicit discharge investigations, the IDAP should be completed as it should be used to plan and prioritize areas for investigation and for efficiently isolating illicit discharges. The City has contracted Arcadis Of New York Engineering Firm as of December 29, 2021 to develop the SSES Workplan. The City will fund this project using City funds and seek reimbursement via the escrowed funds which have been approved by the DOJ and EPA for this expenditure.  The Workplan will provide the City with a standard operating procedure to be followed when conducting investigations. The Workplan will include techniques that should be used for evaluating the sewer system and when to use them. This includes standards for manhole inspections, sewer inspections, smoke testing, dye testing, and utilizing the City's Sewer Line Rapid Assessment Tool (SL- Rat). All CCTV inspections should follow National Association of Sewer Service Companies (NASSCO) Pipeline Assessment Certification Program (PACP) guidelines and rating procedures. This will ensure that the sewers will be evaluated based on the same standards. A standardized rating system will allow the City to focus limited resources to rehabilitate or replace aging infrastructure that needs immediate attention in an efficient manner and plan for near- and long-term improvements as well. Based on the information developed for the IDAP, Arcadis of New York will work with the City to develop an SSES implementation schedule for review and approval by the EPA and DEC that can be utilized to as basis for modification of the Remedial Order or a new Order on Consent. As per the Fifth Remedial Order the deadline for this task is June 17, 2022. No new updates on this task this month. |

**CAPACITY, MANAGEMENT, OPERATIONS AND MAINTENANCE ("CMOM") Program**

| | | | |
|---|---|---|---|
| 5 | The City must peform and document routine inspection and maintenance required by its CMOM Program for its Sanitary Sewer System, including daily pump station and hot spot inspections and maintenance, as specified in Sections 3.b and 3.c of the City's CMOM, and report on the status of this requirement in each of its monthly and semi-annual reports. See ECF No. 90 ¶ 1 (substantially identical provision); see also ECF No. 74 ¶ 18 (requiring implementation of the CMOM). | 6/30/2021 | **COMPLIED WITH:** DPW previously submitted the standardized forms completed on a daily, weekly, monthly, biannual, and annual basis for the Edison Avenue Pump station as described in the City's CMOM. These forms are used for record keeping and data compliance. (See July 2021 report) |
| 6 | The City must initiate a plan to staff its designated telephone number for sewage-related complaints and to respond to calls raising such complaints within one hour, as required by Section 1.d of the City's CMOM. See ECF No. 90 ¶ 2 (substantively identical provision); see also ECF No. 74 ¶ 18 (requiring implementation of the CMOM). | 6/30/2021 | **COMPLIED WITH:** The City established and continues to maintain a 24-hour emergency contact phone line: (914) 665-2719 in a jobsite trailer permanently located on the DPW yard at 33 Canal Street. The landline is manned by Teamsters-456 Union full-time personnel assigned to the City's DPW fuel station. The fuel station is staffed 24/7 by attendants on 8-hour rotating shifts to inlclude weekends and holidays. During scheduled breaks, the fuel attendant forwards the line to Deputy Commissioner Robert L. Hackett's cellular line to ensure 24-hour coverage to respond to sewer related calls. Upon receiving a complaint, the attendant logs the necessary information; including date/time, name, address, description of complaint, and contact number of the complaintant(s). That information is then forwarded to Ramone Bennett or Robert Hackett to arrange the necessary emergency personnel to respond within one hour. The personnel assess the situation and determine the next course of action which range from identifiation of private plumbing issues, deployment of additional CMV Sewer Staff, and/or notification of neighboring municiaplities, or Westchester County personnel. (See July 2021 Report) |
| 7 | The City must submit a revised CMOM to the EPA and New York State Department of Environmental Conservation ("DEC"), addressing each of the comments that EPA and DEC provided to the City on February 11, 2021 and March 13, 2021. See ECF No. 90 ¶ 3 (setting original deadline of March 23, 2021). | 6/30/2021 | **COMPLIED WITH:** The city has submitted the updated CMOM with all included revisions to the August 2021 Dropbox. |

**ADEQUATE FUNDING AND EQUIPMENT**

| | | | |
|---|---|---|---|
| 8 | The City shall confirm in writing to EPA and DEC that the City Comptroller has created a unique accounting code, as well as an account specifically designated to fund work necessary to comply with the Court's September 21, 2020 Order and the March 10, 2021 Order. All invoices submitted by the Department of Public Works ("DPW") on or after the date of this Order related to work necessary to comply with the Court's September 21, 2020 Order, the March 10, 2021 Order, and this Order shall use and refer to this new accounting code. This Order does not require resubmission of previously submitted invoices. See ECF No. 90 ¶ 4 (substantively identical provision). | 6/30/2021 | **COMPLETED:** On September 3, 2021, The Comptroller created an account code as well as a bank account specifically designated to fund work necessary to comply with the Courts order. EPA Fines Account Code (A1970.429F). This is an addition to the monthly reports and a retroactive supplement and update to the previous monthly reports of September, October and November. |

| | | | |
|---|---|---|---|
| 9 | The City shall confirm in writing to EPA and DEC that the City Comptroller has been sending DPW the DPW expense reports each week, and the expense reports must identify the balance of funds available, which invoices have been received, which invoices have been paid, and from what accounts they were paid. The City Comptroller shall send DPW these DPW expense reports each week, and the City shall report on the status of this requirement in each of its monthly and semi-annual reports. See ECF No. 90 ¶ 5 (similar porvision). | 6/30/2021 | **IN PROGRESS:** On January 1, 2022, a new City Comptroller was sworn into office along with three new City Council Members. These changes to City government are needed and welcomed by the Mayor and executive staff. We respectfully requested that USEPA and DOJ afford the new Comptroller sufficient time to complete a transition of government, to bring new and needed staff on board, and to identify and address the many concerns raised with the previous administration of the City finances. These efforts are considerable and necessary to identify the funds that will be used for City services and importantly, compliance efforts under the Clean Water Act and the Court's Orders. We ask that the USDOJ allow for a time period of 60-days for this process to commence. |
| 10 | The City shall confirm in writing to EPA and DEC that the City Comptroller has paid all outstanding invoices submitted by the DPW and advised DPW in writing by e-mail, of any problem that prevents the payment of an invoice. See ECF No. 90 ¶ 6 (substantively identical provision setting original deadline of March 9, 2021). | 6/30/2021 | **COMPLIED WITH:** All EPA outstanding invoices submitted to the Comptroller have been paid as of September 30, 2021. |
| 11 | The City shall confirm in writing to EPA and DEC that DPW addressed any problem identified by the City Comptroller regarding any outstanding invoice so that payment | 7/6/2021 | **IN PROGRESS:** On January 1, 2022, a new City Comptroller was sworn into office along with three new City Council Members. These changes to City government are needed and welcomed by the Mayor and executive staff. We respectfully requested that USEPA and DOJ afford the new Comptroller sufficient time to complete a transition of government, to bring new and needed staff on board, and to identify and address the many concerns raised with the previous administration of the City finances. These efforts are considerable and necessary to identify the funds that will be used for City services and importantly, compliance efforts under the Clean Water Act and the Court's Orders. We ask that the USDOJ allow for a time period of 60-days for this process to commence. |
| 12 | The City shall order any other equipment necessary for its Illicit Discharge and Detection Elimination Program. See ECF No. 74 ¶ 14 (setting original deadline of November 23, 2020); ECF No. 90 ¶ 8 (setting revised deadline of March 31, 2021). | 6/30/2021 | **COMPLIED WITH:** The City purchased and received the SL Rat and CUES SPiDER Manhole Scanner. The City purchased (via check issued on 9/1/2021) the Basin Cleaner "Clamshell" Truck as required by the Order. The new Clamshell Truck was delivered to the City of Mount Vernon DPW Garage on Friday February 25, 2022. |
| 13 | The City shall provide an estimated budget (and any contingency issues) for the remaining work to be done under the Court's September 21, 2020 Order. See ECF No. 90 ¶ 9 (setting orginial deadline of April 2, 2021). | 6/30/2021 | **COMPLIED WITH:** On December 15, 2021, the City forwarded a correspondance to the USDOJ which included Appendix C - Funding Sources: Mount Vernon Environmental Justice and Public Health Initiative Conceptual Allocation Proposal for Consideration and Adoption by the Mount Vernon City Council. The document has been uploaded to the MS4 Compliance Dropbox. In addition, to this document, the City has been awarded several grants from Governor Hochul's Office via the New York State Environmental Facilities Corporation totaling $10M+ dollars. This funding will be utilized to focus on issues with the Outfall #24 and Outfall #34 network. |

| | | | |
|---|---|---|---|
| 14 | The City shall provide a detailed plan for how the City anticipates funding the remaining projects (e.g., from the City's Budget, from grant reimbursement, or other means). See ECF No. 90 ¶ 10 (setting original deadline of April 2, 2021). | 6/30/2021 | **COMPLIED WITH:** The City submitted (on 9/29/2021) to the EPA and DOJ a Conceptual Allocation Proposal (as an attachment of a larger Environmental Justice and Public Health Initiative document) for consideration as a requirement and viable method of achieving compliance with the Remedial Orders and the Clean Water Act. The document and corresponding visual graphic (uploaded to the September 2021 Dropbox) include both current expenditures and proposed allocations for the escrowed funds, the City's American Rescue Plan Act (ARPA) funds, Community Block Development (CDBG) funds, and the awarded WQIP grant funds. The City's submission of a total of $15,602,448 in sanitary and MS4-related grant applications in FY2021 was also included in the visual graphic. The potential $1.5 million Congressional Appropriation referenced in earlier reports has not been included in the proposal, pending notification of award or denial. The City anticipates that the reports generated by the funded engineering consultant work and the environmental consultancy firm (contracted to complete the SWMP, SSES Workplan, IDAP, and Outfall Reconnaissance) will justify and support future funding requests (if necessary) for Clean Water Act compliance. In addition to the funding specified in the document, the City plans to use an awarded $100K EFC EPG grant to obtain engineering reports on several areas of suspected illicit discharge and allocate a minimum of $850,000 in the 2022 operational budget for Outside Contracting Services and Emergency Sewer Repairs consistent with the 2021 operational allocation. (This expenditure allocation is completely dependent upon the production of accurate financial records during the budgeting process by the sitting Comptroller and the verification of available/actual funds by the incoming Comptroller.) |
| 15 | The City shall address all outstanding paperwork and documentaion issues for the $1.6M New York Water Quality Improvement Project grant. | 6/30/2021 | **COMPLIED WITH:** The City has submitted all required documents and information to the DEC and is currently awaiting official notification of the approval of the requested amendment and the reimbursement for expended funds. The actual and projected expenditures of the WQIP grant were included in the Environmental Justice and Public Health Initiative document. |
| 16 | The City shall confirm in writing to EPA and DEC that the City Comptroller has paid all DPW regular and overtime pay in full, within two weeks of submission of the timekeeping by the DPW Commissioner. The City Comptroller shall pay all regular and overtime pay in full, within two weeks of submission of the timekeeping by the DPW Commissioner going forward, and the City shall report on the status of this requirement in each of its monthly and semi-annual reports. In the event the information submitted is incomplete, the Comptroller shall notify the DPW Commissioner within 24 hours so that any missing information can be promptly submitted and shall be promptly paid in accordance with the terms of this section. See ECF No. 90 ¶ 12 (substantively identical provision). | 6/30/2021 | **COMPLIED WITH:** The Comptroller has paid all DPW regular and overtime pay in full as of the date of this report. |

| | | | |
|---|---|---|---|
| 17 | The City shall replace approximately 60 linear feet of compromised 8" sanitary sewer line along the Overlook Street storm drain network. See ECF No. 74 ¶ 9.b (setting original deadline of November 23, 2020); ECF No. 90 ¶ 15 (setting deadline of March 12, 2021 to begin the remaining repair work for the Overlook Street sanitary sewage line, which was to be completed no later than April 2, 2021). | 6/30/2021 | **COMPLIED WITH:** M. Zonzini Pipeline Services Completed the Catch Basin restoration, installed the 2 new 12-inch SDR35 sections of pipe from the catch basins into the City Storm main and repaired approximately 100 linear feet of 8-inch Sanitary Sewer main on March 25, 2021 for $243,562.00 |
| 18 | The City shall provide EPA and DEC with photographs of repaired catch basins, invoices, and confirmation of payment for the completed Overlook Street storm drains repairs, and shall submit the remaining documentation for the sanitary sewer line work set forth in paragraph 17 within two weeks after entry of this Order. See ECF No. 74 ¶ 24(h); ECF No. 90 ¶ 16 (setting deadline of April 2, 2021 for the Overlook Street storm drain repairs documentation and setting deadline of two weeks following completion for documenation of the remaining work). | 6/30/2021 | **COMPLIED WITH:** See "Overlook Street" Folder uploaded to July 2021 Dropbox |
| 19 | The City shall provide all invoices and confirmation of payment to EPA and DEC for the Washington Street repairs. See ECF No. 74 ¶¶ 9.d, 24(h); ECF No. 90 ¶ 17 (setting deadline of March 26, 2021). | 6/30/2021 | **COMPLIED WITH:** Green Mountain Pipeline Services installed 1,125 LF of 8" CIPP on Washington Street; Invoice #998-Rev ($90,112.50) and corresponding Outgoing Wire Transfer from the Mount Vernon Urban Renewal Agency uploaded to the July 2021 Dropbox. |

| | | | |
|---|---|---|---|
| 20 | The City shall provide documentation of visual inspections of currently identified impaired outfall pipe segments, including location, date and, if available, photographs. See ECF No. 74 ¶¶ 3-4; ECF No. 90 ¶ 18 (setting deadline of March 26, 2021). | 6/30/2021 | **COMPLIED WITH:** City Engineer, Curtis Woods, has completed visual inspections of all 7 currently identified impaired outfall pipe segments (#24- Farrell Avenue, #30 Hutchinson Pkwy, #33 Canal Street, #34 S. Fulton Avenue, #50 Oak Street, #51 Howard Street, #53 Putnam Street). Photographs are attached to the respective Outfall Inspection Forms. The forms for the referenced pipe segments were uploaded to Outfall Dropbox. |

| | | | |
|---|---|---|---|
| 21 | The City shall ensure that the Stormwater Coordinator completes all MS4-specific required training for illicit discharge detection and elimination, construction, post-construction, and good housekeeping, as required by Parts VII.A.3-VII.A.6 of the MS4 Permit. See ECF No. 90 ¶ 19 (setting deadline of April 21, 2021). | 6/30/2021 | **COMPLIED WITH:** The City Stormwater Coordinator, Ramone Bennett, completed the "MS-4 Specific required training for illict discharge detection and elimination, construction, post-construction, and good housekeeping" on June 29, 2021. Certificate of completion was included in the June 2021 monthly report.. |

| | | | |
|---|---|---|---|
| 22 | The City shall provide written certifications to EPA and DEC that the City Mayor, the City Comptroller, any employees within the Comptroller's office responsible for DPW accounts payable, including the Deputy Comptroller, and the DPW Commissioner, the Stormwater Coordinator, and the City Engineer that implement the Court's September 21, 2020 Order, each have read the Court's September 21, 2020 Order, this Order, the MS4 Permit, and the City's CMOM. See ECF No. 90 ¶ | 6/30/2021 | **COMPLIED WITH:** Signed certifications from the City's Mayor, DPW Commissioner, Deputy Commissioner, Stormwater Coordinator, and City Engineer, the City Comptroller and her relevant staff were submitted to the June & July 2021 dropboxes. |
| 23 | The City shall submit and file a revised annual report as set forth in Paragraph 21 of the Court's September 21, 2020 Order, including detail about the City's compliance and non-compliance with the Order. See ECF No. 74 ¶ 21 (original deadline of January 31, 2021); ECF No. 90 ¶ 21 (setting revised deadline of March 31, 2021). | 6/30/2021 | **COMPLIED WITH:** The City previoulsy submitted the MS4 Annual Report to the June 2021 Dropbox. |
| 24 | The City shall submit a semi-annual report as set forth in Paragraph 24 of the Court's September, including the information set forth in each sub-part of Paragraph 24, including (j) SWMP Plan implmentation; (k) CMOM and SSCAP implementation include | 6/30/2021 | **COMPLIED WITH:** The city previously submitted the updated semi-annual report with all included revisions to the August 2021 Dropbox. |

| | | | |
|---|---|---|---|
| 25 | By the last day of each month (or the first business day thereafter in the event the date is a weekend or holiday), beginning June 30, 2021, the City shall submit to EPA and DEC a monthly report, in the form of a tracking table, that identifies all work completed or not completed during the preceding month that is required under the September 21, 2020 Order, the March 10, 2021 Order, and this Order. See ECF No. 90 ¶23 (substantively identical provision). | Monthly | **COMPLIED WITH:** The City continues to satisfy the requirement of submission of a monthly report by the last day of each month from June 30, 2021- Present. |
| 26 | The City shall notify EPA and DEC of any missed deadline provided for in the Court's September 21, 2020 Order, the March 10, 2021 Order, or this Order , and provide a justification for the delay and a proposed completion date, with justification for why the additional time is necessary. On an ongoing basis, the City shall make such notifications within one week of any deadline that comes to be missed in the future. See ECF No. 90 ¶ 24 (substantively identical provision). | 6/30/2021 | **COMPLIED WITH:** The City will notify the EPA and DEC of any missed deadlines in the Court's Orders and provide justification for the delay and a proposed completion date. Please be advised although the July 2021 Monthly report is past due, the City provided updated documentation and responses to other EPA/DEC correspondences on July 21, 2021. |

**REMEDIAL FINES FOR MISSED DEADLINES**

| | | | |
|---|---|---|---|
| 27 | **Fine Amounts.** The City shall be liable for remedial fines payable to the Court for violations of this Order, the September 21, 2020 Order, or the March 10, 2021 Order, as specified below. To the extent a deadline was subsequently revised by the Court due to the City's failure to meet an original or supplemental deadline, only the latest deadline for any given requirement will be used for any fine calculation. | See Schedule | |
| 28 | a. **Compliance Requirement**: the following fines shall accrue per violation per day for each future violation of the deadlines imposed in Paragraphs 1-20 of the September 21, 2020 Order; Paragraphs 1-19 and 25-26 of the March 10, 2021 Order; and Paragraphs 1-21 of this Order that occur on or after July 1, 2021: <br><br> **Fine per Violation Per Day** **Period of Non-Compliance** <br> $1,000.00    1st through 30th Day <br> $1,500.00    31st through 59th Day <br> $2,000.00    60th day and beyond <br><br> b. **Reporting Requirements**: the following fines shall accrue per violation per day for each future violation of the deadlines for reporting requirements set forth in Paragraphs 21-25 of the September 21, 2020 Order; Paragraphs 20-24 of the March 10, 2021 Order; and Paragraphs 22-26 of this Order that occure on or after July 1, 2021: <br><br> **Fine per Violation Per Day** **Period of Non-Compliance** <br> $500.00    1st through 30th Day <br> $1,000.00    31st through 59th Day <br> $2,000.00    60th day and beyond <br><br> **Accrual of Fines.** Fines under this section shall automatically begin to accrue on the day after performance is due, but no earlier than July 1, 2021, and shall continue to accrue until performance is satisfactorily completed. Where separate violations of this Order, the September 21, 2020 Order, or the March 10, 2021 Order occur simultaneously, seperate fines will accrue simultaneiously; provided, however, where the same obligations appears in multiple orders (even with a different deadline), violation of that obligation will count only as a single violation. | See Schedule | |

**Notification of Violation and Opportunity to Object.** EPA and DEC shall file on the docket in this matter a notification of violation ("Notification of Violation") identifying one or more violations of this Order, the September 21, 2020 Order, or the March 10, 2021 Order, and stating any fines owed pursuant to this Order as of the date of filing. The City shall have 7 calendar days to reply. If the City does not timely object, or does object but that objection is overruled by the Court, then the City shall pay such fines within 30 days of the Notification of Violation as described in paragraph 32 below.

See Schedule

**Monthly Violation Report.** At the end of each month following the month in which any Notifications of Violation are filed, the City shall file on the docket in this case a report ("Monthly Violation Report") signed by a senior City official under penalty of perjury describing the status of the violation, any fine amounts paid as of that date, and any additional fine amounts due but not yet paid. Such due but not paid amounts shall be paid by the end of the following month. Such Monthly Violation Reports will continue until the violation is corrected.

See Schedule

**Cure Period.** For each violation described in a Notification of Violation, the City will have a 7 day period to cure. If it has fully addressed within 7 days of the Notification of Violation, the City should so advise the Court in writing. EPA and DEC will respond with 7 days, and the Court will decide whether the violation has been cured. If a violation is cured within 7 days, no fines will be due under this Order.

See Schedule

**Escrow of Funds.** All fines payable under this Order will be paid to an escrow account established pursuant to this paragraph. Within 15 days following the first demand for fines, the City shall establish an escrow account bearing interest at reasonable rates in a federally chartered or state chartered bank in New York (the "escrow agent"). The account shall be established so that the City can deposit fine payments, which will be disbursed in accordance with this Order. The City shall bear the expenses of the escrow account. The escrow account will provide for the escrow agent to provide copies of all acount statements and reports to EPA and DEC and shall provide that EPA and DEC will be authorized to communicate directly with representatives of the escrow agent. Ten days prior to the City's execution of an agreement establishing such an account, the City shall provide counsel for EPA and DEC a copy of the proposed escrow agreement. EPA and DEC shall promtly file any objections to the form of the agreement with the Court. Upon execution of the agreement, the City shall provide the COurt, EPA, and DEC with a fully executed copy of the escrow agreement. A copy of this Order shall be annexed to the escrow agreement.

See Schedule

**Disbursement of Funds.** The escrow agreement shall provide for disbursement of escrowed funds, plus interest, with the written consent of plaintiffs (in their sole discretion) or by order of this Court solely for the purpose of funding work reasonable designed to acheive and maintain compliance with this Order, the September 21, 2020 Order, or this Court's March 10, 2021 Order, and any subsequent order of the Court compelling compliance. Such disbursements may include payments to any monitor, special master, receiver, or other party that the Court may appoint in the future to provide oversight or take other action as a result of continued non-coompliane. The City shall provide the EPA and DEC with proof of all payments made to the escrow agent, attached to a transmittal letter referencing the name and court docket number of this case and USAO File NO. 2016V02002.

See Schedule

**Residual Funds.** To the extent that funds remain in the escrow account after the City has completed all actions required to be taken under the Order, the September 21, 2020 Order, or this Court's March 10, 2021 Order, and any subsequaent compliance order entered by this Court, the COurt shall provide for their disposition by separate Order.

See Schedule

**Honorable Judge Cathy Seibel Hand-written Comments** *"Defendant is reminded that "substantial progress" is not compliance , and that it is not at liberty to use bureaucratic roadblocks as an excuse for failing to adhere to court orders. Whether they like it or not, the responsible City officials are required by law to take the steps necessary to remedy the violations that led to this Order.*



# CITY OF MOUNT VERNON, NEW YORK
## DEPARTMENT of PUBLIC WORKS

**SHAWYN PATTERSON-HOWARD**
*Mayor*

City Hall
One Roosevelt Square – Room 108
Mount Vernon, NY, 10550
(914) 665-2343 – Fax: (914) 665-2476

**DAMANI L. BUSH**
*Commissioner*
**ROBERT L. HACKETT**
*Deputy Commissioner*

April 1, 2022

Kimberly McEathron
Water Compliance Branch
United States Environmental Protection Agency, Region 2
290 Broadway, New York, NY 10007

Re:  City of Mount Vernon – March 2022 - Monthly Report Attestation

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information.

Respectfully,

Damani Bush
DPW Commissioner

*"The Jewel of Westchester"*